**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RAFEEA WILLIAMS                                                                                    PLAINTIFF

v.                                          No. 4:10CV01143 JLH

PULASKI COUNTY
SPECIAL SCHOOL DISTRICT                                                                DEFENDANT

## ORDER

Pulaski County Special School District filed a motion for summary judgment on April 21, 2011. Pursuant to Local Rule 56.1(d), Local Rule 7.2(b), and Rule 6 of the Federal Rules of Civil Procedure, a response was due within seventeen days after the motion was filed. No response has been filed.

If the Rafeea Williams opposes the motion for summary judgment, she must file a response *on or before May 20, 2011*. If she does not file a response on or before May 20, 2011, the Court will assume that she does not oppose the motion for summary judgment and will act accordingly.

IT IS SO ORDERED this 11th day of May, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE