**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RAFEEA WILLIAMS                                                                                          PLAINTIFF

v.                                                  No. 4:10CV01143 JLH

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT                                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Rafeea Williams's claims for employment discrimination arising under the laws of the United States are dismissed with prejudice. Her claims that arise under the laws of the State of Arkansas are dismissed without prejudice.

IT IS SO ORDERED this 24th day of May, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE